ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :    ORDER

    - v -                              :    07 Cr. 326

IDA SHARIFI NELSON                  :

        Defendant.                  :

- - - - - - - - - - - - - - - - - - - - x

HONORABLE RONALD L. ELLIS, United States Magistrate Judge:

    The Court, having been advised that the above-referenced defendant has been arrested on a warrant issued by this Court, hereby orders that Indictment 07 Cr. 326 may be unsealed.

Dated: April 23, 2007

_____
HONORABLE RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 3 2007
```