

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 19, 2007

**BY FACSIMILE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/07

RECEIVED
SEP 19 2007
JUDGE SWEET CHAM

Honorable Robert W. Sweet
United States District Court
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Ida Sharifi-Nelson</u>, 07 Cr. 326 (RWS)

Dear Judge Sweet:

    I have been informed by Your Honor's courtroom deputy that the conference previously scheduled in this matter for September 18, 2007, has been re-scheduled for Monday, September 24, 2007, at 4:30 p.m. As the parties expect to continue their negotiations over a possible disposition of this matter during that period, the Government respectfully requests that the Court exclude the time between today and September 24, 2007, from any Speedy Trial Act calculations.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Margaret Garnett
Assistant United States Attorney
(212) 637-2520

So ordered
Sweet USDJ
9.20.07

cc: Jason Barbara, Esq.

TOTAL P.02