**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*




*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 22, 2007

**BY FACSIMILE**

Honorable Robert W. Sweet
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    United States v. Ida Sharifi-Nelson, 07 Cr. 326 (RWS)

Dear Judge Sweet:

    The Government respectfully submits this letter to request an adjournment of the conference scheduled for today at 4:30 in this matter. The parties are continuing their negotiations over a possible disposition of this matter and jointly propose that the conference be adjourned until Tuesday, November 13, 2007, at 4:30 p.m. The Government respectfully requests that the Court exclude the time between today and November 13, 2007, from any Speedy Trial Act calculations, to allow time for these discussions to continue, in the best interests of both the defendant and the public. Defendant's counsel does not object to this exclusion of time.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York

So ordered
Sweet
USDJ
10.22.07

By: _____
    Margaret Garnett
    Assistant United States Attorney
    (212) 637-2520

cc: Jason Barbara, Esq.