

**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-07
```

**BY FACSIMILE**

Honorable Robert W. Sweet
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    United States v. Ida Sharifi-Nelson, 07 Cr. 326 (RWS)

Dear Judge Sweet:

    As the Court is aware, the conference in this matter previously scheduled for November 13, 2007, at 4:30 p.m., was adjourned at the request of the defense due to the defendant's illness. The conference has been re-scheduled for November 29, 2007, at 4:30 p.m., and the parties will continue to discuss a possible disposition of this matter during the intervening time. Accordingly, the Government respectfully requests that the Court exclude the time between today and November 29, 2007, from any Speedy Trial Act calculations, in the best interests of both the defendant and the public. Defendant's counsel consents to this exclusion of time.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York

*So ordered*
*Sweet USDJ*
*11-14-07*

By: _____
    Margaret Garnett
    Assistant United States Attorney
    (212) 637-2520

cc: Jason Barbara, Esq.