

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 16, 2008

**RECEIVED**
**JAN 1 6 2008**
**JUDGE SWEET CHAMBERS**

**BY FACSIMILE**
Honorable Robert W. Sweet
United States District Court
500 Pearl Street
New York, NY 10007

1/17/08

Re:   United States v. Ida Sharifi-Nelson, 07 Cr. 326 (RWS)

Dear Judge Sweet:

A conference in this matter is presently scheduled for January 17, 2007, at 4:30 p.m. for the purpose of setting a trial date and pre-trial schedule if the defendant had not entered a guilty plea prior to that date. The parties have agreed on a disposition of this matter and the defendant is scheduled to plead guilty before a Magistrate Judge on January 24, 2007, at 2:00 p.m. The additional delay in scheduling the plea has been primarily due to the need for the defendant and her counsel to have adequate time to consult with an immigration lawyer prior to entering the guilty plea, as Ms. Nelson is not a citizen of the United States. Accordingly, the Government respectfully requests that the Court adjourn the conference scheduled for January 17 and exclude the time between today and January 24, 2007, from any Speedy Trial Act calculations, in the best interests of both the defendant and the public. Defendant's counsel consents to this exclusion of time. The Government will contact Your Honor's chambers to request a sentencing date prior to the plea proceeding on January 24, and will promptly reschedule the conference before Your Honor if the plea does not proceed as expected on January 24.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Margaret Garnett
Assistant United States Attorney
(212) 637-2520

*[Signed]* Sa rdurl
Sweet
USDJ
1-16-08

cc: Jason Barbara, Esq.