```
 1    81OYNELP

 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------x

 4
      UNITED STATES OF AMERICA,
 5
                  v.                        07 Cr. 326 (GWG)
 6

 7    IDA SHARIFI NELSON,

 8                  Defendant.

 9    ------------------------------x
                                             January 24, 2008
10                                           2:15 p.m.

11    Before:

12            HON. GABRIEL W. GORENSTEIN,

13                                           Magistrate Judge

14

15                            APPEARANCES

16
      MICHAEL J. GARCIA,
17         United States Attorney for the
           Southern District of New York
18    REBECCA RICIGLIANO,
           Assistant United States Attorney
19

20    JASON M. BARBARA, ESQ.,
           Attorney for Defendant
21         1100 Stewart Avenue
           Garden City, New York
22

23

24

25
```

Stamps: RECEIVED FEB 06 2008 JUDGE SWEET CHAMBERS; USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 2/15/08

Handwritten: "19 20" / "1"

Handwritten annotation: "The recommendations and plea are accepted. So ordered." [signed] 2-11-08