**PETER J. TOMAO, ESQ.**
226 SEVENTH STREET
SUITE 302
GARDEN CITY, NY 11530
TELEPHONE: (516) 877-7015
FAX: (516) 877-7021
EMAIL: ptomao@tomaolaw.com

RECEIVED MAR 24 2008 JUDGE SWEET CHAMBERS

JERIN ROSAS
Legal Assistant

AMY MULLER
DANIEL WATTS
Law Clerks

March 24, 2008

Via Fax: 212-805-7925

Hon. Robert W. Sweet
U.S. District Court, SDNY
1920 U.S. Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

So ordered
[signature] RWS
3.24.08

Re: US v. Ida Sharifi Nelson
Docket No. 07 CR 326-01 (RWS)

Dear Judge Sweet:

I write on behalf of my client, Ida Sharifi Nelson, the defendant in the above-referenced case. After the consultation with Your Honor's Chambers, we kindly request that the sentencing in the above-referenced case be adjourned from April 14, 2008 to Tuesday, June 3, 2008 at 4:30 pm in the interests of justice. After several attempts, our office was unsuccessful in obtaining AUSA Garnett's consent. We are advised that she is on trial.

Thank you for your continued courtesies.

Yours very truly,

[signature]

PETER J. TOMAO

cc: AUSA Margaret Garnett (via fax)
U.S. Attorney's Office

Jason Barbara, Esq. (via fax)
Barbara Law Firm